10-1328-cv
MIG, Inc. v. Paul, Weiss, Rifkind, Wharton & Garrison LLP

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

# SUMMARY ORDER

**Rulings by summary order do not have precedential effect. Citation to a summary order filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this court's Local Rule 32.1.1. When citing a summary order in a document filed with this court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order"). A party citing a summary order must serve a copy of it on any party not represented by counsel.**

**At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 18ᵗʰ day of February, two thousand eleven.**

PRESENT:

> JOSÉ A. CABRANES,
> DENNY CHIN,
> > *Circuit Judges,*
> JOHN F. KEENAN,
> > *District Judge.**


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MIG, INC., F/K/A METROMEDIA INTERNATIONAL GROUP, INC.,

> *Plaintiff-Appellant,*

> v.                                                                  No. 10-1328-cv

PAUL, WEISS, RIFKIND, WHARTON & GARRISON, L.L.P.,

> *Defendant-Appellee.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

---

\* The Honorable John F. Keenan, of the United States District Court for the Southern District of New York, sitting by designation.

1

**FOR PLAINTIFF-APPELLANT:**          MARK WARREN MOODY (Aaron Richard Golub and Nehemiah S. Glanc, *of counsel*), New York, NY.

**FOR DEFENDANT-APPELLEE:**         BRUCE D. ANGIOLILLO (Paul C. Gluckow, *on the brief*), Simpson Thacher & Bartlett LLP, New York, NY.

Appeal from a judgment of the United States District Court for the Southern District of New York (Richard J. Sullivan, *Judge*).

**UPON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court is **AFFIRMED**.

Plaintiff-Appellant MIG, Inc. ("plaintiff") appeals from a March 29, 2010 order dismissing under Federal Rule of Civil Procedure 12(b)(6) its legal malpractice suit against defendant-appellee Paul, Weiss, Rifkind, Wharton & Garrison, L.L.P. ("defendant") with regard to the law firm's representation of plaintiff in connection with the issuance of plaintiff's preferred stock in 1997. Plaintiff claims, among other things, that it alleged facts sufficient to toll New York's statute of limitations pursuant to the "continuous representation doctrine." We assume the parties' familiarity with the facts and procedural history of this action.

We review *de novo* a district court's dismissal of an action for failure to state a claim, *see* Fed. R. Civ. P. 12(b)(6), assuming all well-pleaded, nonconclusory factual allegations in the complaint to be true. *See generally Ashcroft v. Iqbal*, 556 U.S.___, 129 S. Ct. 1937, 1949 (2009); *Selevan v. N.Y. Thruway Auth.*, 584 F.3d 82, 88 (2d Cir. 2009).

For substantially the reasons stated by the District Court in its well-reasoned Opinion and Order of March 29, 2010, *MIG, Inc. v. Paul, Weiss, Rifkind, Wharton & Garrison, L.L.P.*, No. 09 Civ. 5593 (RJS), 701 F. Supp. 2d 518 (S.D.N.Y. Mar. 29, 2010), we affirm the judgment disposing of all claims.

## CONCLUSION

The judgment of the District Court as to all claims is **AFFIRMED**.

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court

2